

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

U.S.A. vs. Darvis Murray								Docket No. 4:24-cr-00169-JM-3

**Petition for Warrant or Summons for Person Under Pretrial Supervision**
(Replacing previously filed petition, Docket Entry 50)

**PETITIONING THE COURT**

☒	To issue a Warrant, deny the Petition (Docket Entry 50) as moot, and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐	To deny the Petition (Docket Entry 50) as moot and Supersede with this Petition to be Filed Under Seal
☐	To issue a Summons and deny the Petition (Docket Entry 50) as moot
☐	To deny the Petition (Docket Entry 50) as moot and Supersede with this Petition

COMES NOW Michael J. Flowers, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Darvis Murray, who was placed under pretrial release supervision by the Honorable Edie R. Ervin sitting in the Court at Little Rock, Arkansas, on November 12, 2024, under the following conditions:

(1)	The defendant must not violate federal, state, or local law while on release.

(2)	The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)	The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)	The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear in Courtroom 4A, Richard Sheppard Arnold United States Courthouse, 500 W Capitol Avenue, Little Rock, AR 72201 before the Honorable James M. Moody Jr. on 12/9/2024 at 9:15 AM or as ordered by the Court.

(5)	The defendant must sign an Appearance Bond, if ordered.

(7)	The defendant must:
	(a) submit to supervision and report for supervision to the U.S. Probation Office.
	(b) continue or actively seek employment once in Therapeutic Community Treatment.
	(f) abide by the following restrictions on personal association, residence, or travel: no contact with Clifford Siglar or Eric Brooks III.
	(k) not possess a firearm, destructive device, or other weapon.

(l) not use alcohol at all.
(m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(n) submit to testing for a prohibited substance if required by the pretrial services office or the supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of any prohibited substance screening or testing.
(o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer and Court mandated participation in 30 days impatient, followed by 90 days TCT.
(s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including any arrests, questioning, or traffic stops.
(t) maintain regular contact with his/her attorney
(u) report to U.S. Probation and Pretrial Servies Office at least 30 minutes prior to any Court proceeding which you are required to attend.
(w) after completion of therapeutic community treatment, housing placement and need for third-party custodian to be evaluated by pretrial services officer, in consultation with treatment providers.

Jury trial is set for June 16, 2025, before the Honorable James M. Moody Jr., U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**Description of alleged violations:** On December 6, 2024, the defendant was terminated from Crowley's Ridge Development Council's Therapeutic Community Treatment facility in Jonesboro, Arkansas, as a program failure for making a verbal threat against a fellow resident.

On December 14, 2024, the defendant pushed and scratched Clarice Sparks, as evidenced by his arrest for Domestic Battering 3rd Degree (misdemeanor), as documented by the Maumelle, Arkansas, Police Department's arrest report number AR0601600. The defendant is currently in custody.

**Description of actions taken to address the defendant's conduct:** Prior to his arrest, the defendant was reinstructed on his conditions of release. Staff Training Aimed at Reducing Re-Arrest (STARR) techniques were utilized to encourage compliance and address his errors in thinking. Due to his current custody status, the probation office has been unable to speak with Mr. Murray regarding his arrest.

A record request revealed the above-noted arrest and offense.

**OFFICER'S RECOMMENDATION:**

Based on Mr. Murray's arrest and conduct, the defendant is a danger to the community. It is recommended that the U.S. Attorney's Office request a warrant and the defendant be brought before the court to show cause why the bond should not be revoked. If a warrant is issued, the U.S. Probation Office requests it be sealed for the safety of the U.S. Marshals Service and the U.S. Probation Office and copied only to those respective agencies pending warrant execution.

**I declare under penalty of perjury that the foregoing is true and correct.**

Michael J. Flowers
U.S. Probation Officer

Executed on    December 16, 2024

Approved by:

Supervising U.S. Probation Officer

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

Lauren Eldridge
Assistant U.S. Attorney

Executed on    12-18-24

---

THE COURT ORDERS that this document be filed ☐ under seal ☒ as a public document, and

☒    a Warrant be issued, Petition (Docket Entry 50) is denied as moot, ~~and directing this Petition be Sealed Pending Execution~~ (cc: U.S. Probation and U.S. Marshal only).
☐    a Summons be issued, and Petition (Docket Entry 50) is denied as moot.
☐    the Petition (Docket Entry ◇) is denied as moot and is Superseded by this Petition.
☐    Other:

12/18/24
~~Honorable Edie R. Ervin~~
United States District Judge
James M. Moody Jr.

Date